

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| TIMOTHY SCOTT SKEENS, | § | No. 08-18-00195-CR |
| Appellant, | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Brewster County, Texas |
| State. | § | (TC# CR04606) |
|  | § |  |

**O R D E R**

The Court GRANTS Patricia Reid's request for an extension of time within which to file the Reporter's Record until **February 28, 2019.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patricia Reid, Official Court Reporter for the 394th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before February 28, 2019.

IT IS SO ORDERED this 30th day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.